1  Michele R. Stafford, Esq. (SBN 172509)
   Erica J. Russell, Esq. (SBN 274494)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California  94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   Email: mstafford@sjlawcorp.com
5  Email: erussell@sjlawcorp.com

6  Attorneys for Plaintiffs, District Council 16
   Northern California Health and Welfare
7  Trust Fund, et al.

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT BROWN, individually and dba ARTISTIC DRYWALL SYSTEMS, a California sole proprietorship,<br><br>Defendant. | Case No. C15-5209 LB<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

   Plaintiffs respectfully request that the Case Management Conference, currently on calendar for February 11, 2016, be continued for approximately thirty (30) days. Good cause exists for the granting of the continuance as follows:

   1.  As the Court's records will reflect, this action was filed on November 13, 2015 (Dkt. #1). Defendant has not yet been served with the Complaint as the parties are working toward an informal resolution of this matter, and Plaintiffs anticipate filing an Acknowledgement of Receipt of Service of Process executed by Defendant.

   2.  Defendant requested a payment plan for the amounts owed to Plaintiffs.  Plaintiffs sent Defendant a proposed Judgment Pursuant to Stipulation, which allows Defendant to make monthly

1

payments to Plaintiffs to satisfy its debt. Plaintiffs are awaiting receipt of the executed Judgment Pursuant to Stipulation from Defendant and, upon receipt, will file said document with the Court.

3. As the parties have agreed to resolve this matter informally, there are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the upcoming Case Management Conference be continued for approximately thirty (30) days to allow sufficient time for Defendant to review and execute the Judgment Pursuant to Stipulation and for Plaintiffs to file said document with the Court.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

DATED: February 4, 2016                    SALTZMAN & JOHNSON LAW CORPORATION

                                           By:  _____/S/_____
                                                Erica J. Russell
                                                Attorney for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __March 17, 2016__ at __11:00 am__, and all previously set deadlines and dates related to this case are continued accordingly.

DATED: __February 5__, 2016

                                           _____
                                           UNITED STATES ~~DISTRICT COURT~~ JUDGE
                                                         MAGISTRATE

---

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**
**Case No. C15-5209 LB**                      P:\CLIENTS\PATCL\Artistic Drywall Systems\Pleadings\Request to Continue CMC 020316.docx

2